Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

## for the

_____ District of _____

District of Colur

|  |  |
|---|---|
| **Craig Breed** | ) |
| *Plaintiff(s)* | ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) |
| -v- | ) ) ) |
| **Donald Trump** | ) ) ) |
| *Defendant(s)* | ) ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) |

Case: 1:26-cv-01688
Assigned To : Unassigned
Assign. Date : 5/18/2026
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)* ☐ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Craig Breed |
| Street Address | 65 Massachusetts Ave NW |
| City and County | |
| State and Zip Code | Washington, DC 20001 |
| Telephone Number | 408-754-7316 |
| E-mail Address | CRAIGINFOWer@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

MAY 18 2026

Page 1 of 5

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                           Ronald Trump

Job or Title *(if known)*      President

Street Address                 White House

City and County                WASHINGTON, DC.

State and Zip Code

Telephone Number               ?

E-mail Address *(if known)*    ?

Defendant No. 2

Name                           Goldman Sachs

Job or Title *(if known)*      To Be Investigated

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

OwNership of PATENTS, Intellectual Property

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* Donald TRump , is a citizen of

   the State of *(name)* WASHINGTON DC . Or is a citizen of

   *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

High valued and Numerous Users

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Patent was stolen and then used to form Business GLoBAL Peace application

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek Return of the business assets So that it might be put to a different use.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *May 18, 2026*

Signature of Plaintiff    *Craig Breed*

Printed Name of Plaintiff    *CRAIG BREED*

### B.    For Attorneys    *To Be determined*

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

← **Tweet**

**Senator Mitt Romney** ✿
@SenatorRomney

Vulnerabilities in our defenses against significant national security threats cannot be revealed when it's too late. To better stop threats in their tracks, @DHSgov must engage with creative thinkers, including those outside government, in a more reliable and consistent fashion.





6:35 3,048 views

**We must be creative in how we track and discover threats.**
Senator Romney spoke with DHS Acting Assistant Secretary Gary Rasicot and Chief Medical Officer Pritesh Gandhi during a Senate HSGAC Committee hearing.



12:42 PM · Jul 19, 2022

**17** Retweets    1 Quote Tweet    **85** Likes







**Timeline - Craig Breed's Touchpoints with the Trump Saga**

| | |
|---|---|
| <u>Plot Summary</u><br><br>(Spring, 2026)<br>2 books proposal letter - 20 pgs<br>Front end Wall Street Events<br>      9-11<br>      Global Mortgage Crash | Started CBeX 1994<br>Invention submitted for patent  1997<br>4 Bank Syndicate negotiation<br>      (BoaA,ML,First Union, Fleet wells)<br>      Goldman had been made aware<br>NASDAQ technology collapse,<br>      April -2000<br>Surveillance begins 2000<br>9-11-2001<br><br>Mortgage Stock Market Crash 2007-08 |
| <u>Main Book 1.0</u><br><br>(January, 2022)<br>Whistleblower book 1.0   - 250 pgs<br>Trump and his signals based coup | Echelon Markets started 2011<br>Echelon Business Plan finished<br>      "Circulated C-Suites"<br>Invention for Echelon Done  2015<br>      Automated unstructured negotiated<br>      markets<br>Invention stolen - Goldman next door<br>Predatory gang stalking begins 2016<br>      "Goes on for 10 years"<br>Predatory gang stalking begins 2016<br>      "Goes on for _ years"<br><br>My investigation begins.<br>Mother murdered.<br>20 boxes stolen.<br>Blinded right eye in NJ with laser.<br>Attacks start<br>Dews operated on left eye.<br>Made a targeted individual.<br>Employment blocked 4 times.<br>attempted asylum in Canada 2018.<br>CIA CoIntelPro.<br>Family distanced.<br>Friends distanced.<br>Moved across country 8 times.<br>Wrote Whistleblower 1.0  - Jan., 2022<br>      Delivered to church. Late January<br>      2022.<br>M. Romney Home Security Meeting<br>      July 19, 2022<br>Judge - search warrant Mar-a-Lago<br>      August 8, 2022<br>President Biden & M. Romney Visit |

| | |
|---|---|
| | Late August 2022<br>**President Biden**<br>    **"Soul of Nation" speech**<br>    September 1, 2022<br>    Poll numbers went up 9 points<br>**2022 Midterms swung Democratic**<br>**Jack Smith hired Special Prosecutor**<br>    November 2022<br>**Donald Trump declares candidacy for 24.**<br>    November 2022 |
| <u>Second Book 2.0</u><br><br>    (August, 2024)<br>Whistleblower book 2.0  - 60 pgs<br>Followup events to book 1.0<br>    Large stock crash | **Began campaign to encourage**<br>**Congress to investigate Wall Street**<br>    Oct., 2022<br><br>    Pelosi letter and hammer attack<br>    Bob Woodward - $100 million lawsuit<br>    Bernie Sanders<br>    Elizabeth Warren<br>    Putin agent Svetlana threatens<br><br>**Began writing 2.0** - Spring, 23<br>**Moved to San Jose** - May, 23<br>**Provo murder of doppelganger?**<br>    August 23, 2023  - Craig<br>**NY Times attempted contact**<br>    11-2-23<br>    Too much stalking<br>**Being poisoned while in shelter**<br>**Mortgage manager murdered**<br>    Worked for Trump<br>    H? Street<br>**CIA raids sister's home San Jose,CA.**<br>    10 boxes taken<br><br>**Print of 2.0 triggers global equity stock crash**<br>    August 5, 2024<br>    7.8 trillion in value.<br><br>**Hit with dews while asleep**<br>    San Jose, CA. Oct., 2024<br>    **Hospitalized 2 months**<br>    **Recovery center**<br>        January to November 2025<br>    **18 months to partially recover**<br>**Moved back to Wash DC**<br>    January, 2026<br><br>**Trump begins Global Peace 2025**<br>    "Suspected stolen Echelon system |

# United States Patent [19]

**Breed et al.**

[11] **Patent Number:** **6,067,528**

[45] **Date of Patent:** **May 23, 2000**

[54] **CONFIDENTIAL MARKET MAKING SYSTEM**

[76] Inventors: **Craig A. Breed**, 6047 NE. 203rd St., Seattle, Wash. 98155; **Ian W. Freed**, 1930 4th Ave. West, Seattle, Wash. 98119; **Bradley B. Furber**, 306 Halladay St., Seattle, Wash. 98109; **Kelly S. Keenan**, 2154 NE. 100th St., Seattle, Wash. 98125; **Christopher J. Morse**, 530 N. 68th St., Seattle, Wash. 98103

[21] Appl. No.: **08/878,997**

[22] Filed: **Jun. 19, 1997**

### Related U.S. Application Data

[60] Provisional application No. 60/020,218, Jun. 21, 1996.

[51] **Int. Cl.**[7] .................................................. **G06F 17/60**

[52] **U.S. Cl.** ................................................. **705/26**; 705/1

[58] **Field of Search** ................................ 705/26, 37, 30, 705/35; 395/200.31, 300.33; 707/1, 9

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

3,573,474    4/1971    Adams et al.  ............................ 705/37

| | | | |
|---|---|---|---|
| 5,136,501 | 3/1992 | Silverman et al. | 705/37 |
| 5,664,115 | 9/1997 | Fraser | 705/37 |
| 5,794,207 | 3/1998 | Walker et al. | 705/23 |

*Primary Examiner*—Frantzy Poinvil
*Assistant Examiner*—Alexander Kalinowski
*Attorney, Agent, or Firm*—Black Lowe & Graham PLLC

[57]    **ABSTRACT**

A system for allowing users to present themselves to an on-line market with a number of information "veils" which, upon removal, reveal increasing levels of confidential information relating to the business being sold (if a seller) or sought (if a buyer). As prospective buyers (or sellers) consider entering into negotiations with prospective sellers (or buyers), the parties remove the veils one at a time, sequentially affording each complete control over the rate, quantity, and nature of information revealed to the other. The communications are specific between two parties and either party can terminate the communication at any point in the process. Each step is controlled by the user, but executed through the central CBeX System. All veil information concerning system users is directly loaded by the users into the system.

**22 Claims, 23 Drawing Sheets**



# United States Patent [19]

## Breed et al.

| [11] | Patent Number: | 6,067,528 |
|---|---|---|
| [45] | Date of Patent: | May 23, 2000 |

[54] **CONFIDENTIAL MARKET MAKING SYSTEM**

[76] Inventors: **Craig A. Breed**, 6047 NE. 203rd St., Seattle, Wash. 98155; **Ian W. Freed**, 1930 4th Ave. West, Seattle, Wash. 98119; **Bradley B. Furber**, 306 Halladay St., Seattle, Wash. 98109; **Kelly S. Keenan**, 2154 NE. 100th St., Seattle, Wash. 98125; **Christopher J. Morse**, 530 N. 68th St., Seattle, Wash. 98103

[21] Appl. No.: **08/878,997**

[22] Filed: **Jun. 19, 1997**

### Related U.S. Application Data

[60] Provisional application No. 60/020,218, Jun. 21, 1996.

[51] Int. Cl.[7] ............................................... G06F 17/60
[52] U.S. Cl. ............................................... **705/26**; 705/1
[58] **Field of Search** ............................... 705/26, 37, 30, 705/35; 395/200.31, 300.33; 707/1, 9

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 3,573,474 | 4/1971 | Adams et al. | 705/37 |
|---|---|---|---|
| 5,136,501 | 8/1992 | Silverman et al. | 705/37 |
| 5,664,115 | 9/1997 | Fraser | 705/37 |
| 5,794,207 | 8/1998 | Walker et al. | 705/23 |

*Primary Examiner*—Frantzy Poinvil
*Assistant Examiner*—Alexander Kalinowski
*Attorney, Agent, or Firm*—Black Lowe & Graham PLLC

[57] **ABSTRACT**

A system for allowing users to present themselves to an on-line market with a number of information "veils" which, upon removal, reveal increasing levels of confidential information relating to the business being sold (if a seller) or sought (if a buyer). As prospective buyers (or sellers) consider entering into negotiations with prospective sellers (or buyers), the parties remove the veils one at a time, sequentially affording each complete control over the rate, quantity, and nature of information revealed to the other. The communications are specific between two parties and either party can terminate the communication at any point in the process. Each step is controlled by the user, but executed through the central CBeX System. All veil information concerning system users is directly loaded by the users into the system.

**22 Claims, 23 Drawing Sheets**

